IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SPEDDING,<br><br>                Petitioner,<br><br>  v.<br><br>WARDEN RANDY GROUNDS,<br><br>                Respondent. | No. C 11-0040 LHK (PR)<br><br>JUDGMENT |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED:  2/18/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Spedding040jud.wpd